JULIA S. GREENHALL, on Her Own Behalf and on Behalf of All Others Similarly Situated, Respondent, v. LOUIS ROTHSCHILD and FRANCES S. ROTHSCHILD, Appellants.— Order denying defendants' motion to vacate notice of examination affirmed, with ten dollars costs and disbursements; examination to proceed on ten days' notice before the attorney and at the place and hour stated in the notice of examination. No opinion. Laazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

FRIEDA GRILL, Respondent, v. CHARLES GRILL, Appellant.— Order granting plaintiff's motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

CHARLES GROSCH, Appellant, v. KAROLINE KESSLER, Respondent.— Judgment reversed upon the law and the facts, with costs, and judgment directed for appellant, with costs. We are of opinion that the original source of defendant's title was a forged instrument and was not entitled to record (*Marden* v. *Dorthy*, 160 N. Y. 39), and that in such a case estoppel does not apply. We are further of opinion that the question of forgery overcame the presumption of due execution which arises from the recorded instrument itself. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on notice.

In the Matter of Acquiring Title by the COUNTY OF NASSAU to an Easement in Perpetuity for Parkway Purposes in and over Certain Portions of Southern State Parkway No. 81 at Valley Stream, in the Town of Hempstead, County of Nassau and State of New York, Duly Selected by the Board of Supervisors of the County of Nassau for Use of Said County as a Parkway According to Law. C. G. & K. HOLDING CORPORATION, Appellant; COUNTY OF NASSAU, Respondent.— Order of the County Court of Nassau county setting aside report of commissioners affirmed, with costs. In addition to the views of the learned county judge, we are of opinion that the admission of the contract in evidence was error, and that it was also error to admit the testimony of the assessed value which was levied by a municipality not a party to the proceeding. Lazansky, P. J., Young and Kapper, JJ., concur; Hagarty and Tompkins, JJ., dissent and vote to reverse and to confirm the award.

In the Matter of the Application of THE MANTROSE CORPORATION, Respondent, for an Order Directing that CHARLES CHARCOWSKY, Appellant, Proceed to Arbitrate a Certain Controversy between Said Petitioner and Said Respondent.— Order directing appellant to proceed to arbitration affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.